# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 09-18 (1) (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Chad Wayne Reynolds, | |
| Defendant. | |

_____

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, and no Objections having been filed, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 31) is **ADOPTED**; and

2. Defendant's Motion to Suppress Statements, Admissions, and Answers (Doc. No. 25) is **DENIED**.

Dated: March 20, 2009

                                                            s/Richard H. Kyle  
                                                          RICHARD H. KYLE  
                                                          United States District Judge