**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| United States of America, | Criminal No. 09-18 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| Chad Wayne Reynolds, | |
| Defendant. | |

_____

This matter is before the Court on the Government's Motion to Seal. **NOW, THEREFORE, IT IS HEREBY ORDERED** that the Government's Motion (Doc. No. 39) is **GRANTED**.

Dated: September 29, 2009

                                                          <u>s/Richard H. Kyle</u>
                                                          RICHARD H. KYLE
                                                          United States District Judge